AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>5165 Copper Drive, Colorado Springs, CO 80918, more fully described in Attachment A, attached hereto, and to include all out buildings and vehicles located thereon. | ) ) ) ) ) ) ) Case No. |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the <u>State and District of Colorado</u> *(identify the person or describe the property to be searched and give its location)*:

**SEE "ATTACHMENT A"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establishes probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before <u>December 2, 2019</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>Michael E. Hegarty</u>.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
  ☐ for _____ days *(not to exceed 30)*.    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: <u>11/18/2019, 2:37 pm</u>    _____*Michael E. Hegarty*_____
*Judge's signature*

City and state:  <u>Denver, Colorado</u>    <u>Michael E. Hegarty, U.S. Magistrate Judge</u>
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: 19-sw-6175-MEH | Date and time warrant executed: 11/20/2019 6:45am | Copy of warrant and inventory left with: Tracey Lucero-Corsi |
|---|---|---|

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

Please see attached FD-597, Receipt for property.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
12/2/2019
JEFFREY P. COLWELL, CLERK

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/2/2019

*Executing officer's signature*

Jason McMillen, FBI SA
*Printed name and title*

FD-597 (Rev 8-11-94)                                                                 Page 1 of 2

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File #: 3050-DN-3192573

On (date): 20 NOVEMBER 2019

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) REGGIE CORSI AND/OR TRACEY LUCERO-CORSI
(Street Address) 5165 COPPER DR
(City) COLORADO SPRINGS, CO

Description of Item(s): (1) ONE IPHONE XR SN: CGKXH25MKXKQ; (2) ONE DELL LAPTOP H01453; (3) ONE HP LAPTOP SN: 5CD5181X7G WITH CHARGER; (4) IPAD IN GRAY CASE 32GB SN: DYTJ3RMWDVD2; (5) ONE CRUZER GLIDE 16GB THUMB DRIVE; (6) ONE DELL LAPTOP SN: BKRS5S2; (7) ONE IPHONE WITH CHARGER; (8) ONE IWATCH WITH CHARGER; (9) ONE PINK IPHONE WITH CHARGER; (10) ONE 8GB SILVER IPOD WITH CHARGER; (11) ONE HP LAPTOP SN: CND647C47Q; (12) ONE ASUS LAPTOP SN: D1N0CX4429700044; (13) THREE IPHONES; (14) ONE RED SAMSUNG PHONE AND ONE LG FLIP PHONE; (15) KODAK DISPOSABLE CAMERA; (16) SONY PLAYSTATION 4 SN: ME0598P914 WITH CHARGER; (17) ONE IPHONE IN PINK CASE; (18) ONE MAC BOOK AIR SN: C02Y42J1JK7G; (19) ONE WESTERN DIGITAL EXTERNAL HARD DRIVE WITH CORD SN: WXF1AC70XX4Y; (20) ONE DELL INSPIRON DESK TOP COMPUTER WITH CORD SN: B7XCNN1; (21) ONE ARBONNE THUMB DRIVE; (22) ONE POWERSHOT CAMERA, ONE CANON VIXIA VIDEO CAMERA, ONE SONY HANDYCAM VIDEO CAMERA; (23) MISCELLANEOUS CDS—8 total; (24) TWO MINI DISCS; (25) ONE FUJIFILM DISPOSABLE UNDERWATER CAMERA; (26) SONY CYBER SHOT, SN: 1337517; (27) THREE EXTERNAL HARD DRIVES; (28) FIVE DISPOSABLE CAMERAS, ONE DIGITAL CAMERA; (29) TWO CELLULAR TELEPHONES; (30) THREE DISPOSABLE KODAK CAMERAS;

Received By: _____ (Signature)        Received From: _____ (Signature)

FD-597 (Rev 8-11-94)     Page 2 of 2

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File #: 3050-DN-3192573

On (date): 20 NOVEMBER 2019

item(s) listed below were:
- [X] Received From RIL
- [ ] Returned To
- [ ] Released To
- [X] Seized

(Name) REGGIE CORSI AND/OR TRACEY LUCERO-CORSI
(Street Address) 5165 COPPER DR
(City) COLORADO SPRINGS, CO

Description of Item(s): (31) INDICIA - ONE XFINITY BILL ; (32) INDICIA - ONE DOCUMENT RE: REGGIE CORSI AND TRACEY LUCERO-CORSI

NOTHING FOLLOWS

Received By: _____ (Signature)     Received From: _____ (Signature)